FILED SEP 23 2010 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
DUANE RINEHART

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Duane Rinehart,<br><br>    Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC,<br><br>    Defendant. | Case No.:<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL<br><br>'10CV1993    JM  POR |

### PRELIMINARY STATEMENT

1.  This is an action for actual and statutory damages plus costs and attorney fees brought by an individual consumer for violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA") and the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788, *et seq.* (hereinafter, "Rosenthal Act"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION AND VENUE

2.  The jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 28 U.S.C. §1337.

3. Plaintiff Duane Rinehart (hereinafter, "Plaintiff") is a natural person and resident of San Diego County, California.

4. Upon information and belief, Defendant Asset Acceptance, LLC ("Defendant") is a Delaware limited liability company with its principal place of business in Michigan.

5. Upon information and belief, Defendant engages in substantial, continuous, and systematic activities in the State of California.

6. This action arises out of Defendant's activities in the State of California, and Defendant purposely directed those activities toward residents of California and purposely availed itself of the privilege of conducting activities in the State of California.

## FACTS

7. On or about October 11, 2006, Plaintiff faxed a letter to Defendant requesting that Defendant cease all telephonic and written communication with Plaintiff.

8. Plaintiff also sent a copy of his October 11, 2006 letter via certified mail, which was received by Defendant on November 7, 2006.

9. On the following dates, Defendant sent letters to Plaintiff attempting to collect the alleged debt: 11/03/06, 12/23/06, 01/02/07, 03/01/07, 05/05/07, 06/01/07, 07/01/07, 08/01/07, 09/01/07, 01/02/08, 01/08/08, 02/01/08, 03/01/08, and 04/01/10.

10. On or about March 29, 2010, Defendant contacted Plaintiff via telephone in an attempt to collect the alleged debt.

11. On or about March 29, 2010, Plaintiff filed a complaint with the California Department of Justice regarding Defendant's actions.

12. On or about July 23, 2010, Defendant sent a letter to the California Department of Justice admitting having received Plaintiff's cease communication letter and admitting having contacted him via telephone after receipt of said letter.

13. As a direct and proximate result of Defendant's actions, Plaintiff suffered actual damages including, but not limited to, financial harm, loss of productivity, anxiety,

indignation, irritability, nervousness, fear, worry, loss of happiness, headaches, loss of sleep, insomnia, nausea, stress, and anger.

### FIRST CLAIM FOR RELIEF

### Violations of Federal Fair Debt Collection Practices Act

14. Plaintiff realleges and incorporates paragraphs 1 through 13 above as if fully set out herein.

15. Plaintiff is a "consumer" within the meaning of the FDCPA.

16. Defendant is a "debt collector" within the meaning of the FDCPA.

17. Defendant alleged that Plaintiff owed a "debt" within the meaning of the FDCPA.

18. Defendant violated the FDCPA, 15 U.S.C. §1692c(c), by contacting Plaintiff after Plaintiff notified Defendant in writing of Plaintiff's request that Defendant cease further communication with Plaintiff.

19. Defendant violated the FDCPA, 15 U.S.C. §1692d, by engaging in conduct the natural consequence of which was to harass, oppress, and/or abuse in connection with attempted collection of the alleged debt.

20. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, costs, and attorney fees.

### SECOND CLAIM FOR RELIEF

### Violations of California Fair Debt Collection Practices Act

21. Plaintiff realleges and incorporates paragraphs 1 through 20 above as if fully set out herein.

22. Plaintiff is a "debtor" within the meaning of the Rosenthal Act.

23. Defendant is a "debt collector" within the meaning of the Rosenthal Act.

24. Defendant alleged a "debt" to be owed by Plaintiff within the meaning of the Rosenthal Act.

25. Each and every violation of the FDCPA as described herein is a violation of the Rosenthal Act, Cal. Civ. Code §1788.17.

26. As a result of the above violations of the Rosenthal Act, Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, costs, and attorney fees.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

A. Actual damages of at least $10,000;

B. Statutory damages pursuant to 15 U.S.C. §1692k in the amount of $1,000;

C. Statutory damages pursuant to Cal. Civ. Code §1788.30(b) in the amount of $1,000;

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k and Cal. Civ. Code §1788.30(c);

E. For such other and further relief as may be just and proper.

Dated: September 21, 2010        LAW OFFICES OF PAUL E. SMITH

                                 By: _____
                                     PAUL E. SMITH
                                     Attorney for Plaintiff
                                     DUANE RINEHART

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: September 21, 2010        LAW OFFICES OF PAUL E. SMITH

                                 By: _____
                                     PAUL E. SMITH
                                     Attorney for Plaintiff
                                     DUANE RINEHART

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**SEP 23 2010**
**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**BY ___ DEPUTY**

## I. (a) PLAINTIFFS
Duane Rinehart

## DEFENDANTS
Asset Acceptance, LLC

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Paul Smith, 16870 W Bernardo Dr 400, San Diego, CA 92127
(858) 679-3396

Attorneys (If Known)
'10 CV 1993    JM   POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Empl. Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692 et seq
Brief description of cause:
Violations of Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: 09/21/2010
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 18408    AMOUNT $350    APPLYING IFP 9724/10    JUDGE _____    MAG. JUDGE _____

CB

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS018408
Cashier ID: bhartman
Transaction Date: 09/24/2010
Payer Name: PAUL E SMITH
---------------------------------
CIVIL FILING FEE
 For: RINEHART V ASSET ACCEPTANCE
  Case/Party: D-CAS-3-10-CV-001993-001
  Amount:       $350.00
---------------------------------
CHECK
 Check/Money Order Num: 1398
 Amt Tendered:  $350.00
---------------------------------
 Total Due:     $350.00
 Total Tendered: $350.00
 Change Amt:    $0.00


There will be a fee of $45.00
charged for any returned check.
```